IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA HRDLICKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3012 |
| | ) | |
| v. | ) | |
| | ) | |
| MERRY MAIDS LIMITED PARTNERSHIP, and SERVICEMASTER, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Plaintiff's unopposed oral motion for extension of deadline is granted. The deadline for filing the parties' Rule 26 planning report is extended to March 30, 2009.

DATED this 9th day of March, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge