IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA HRDLICKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3012 |
| | ) | |
| v. | ) | |
| | ) | |
| MERRY MAIDS LIMITED PARTNERSHIP AND SERVICEMASTER, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The deadline for defendant to respond to plaintiff's motion to amend has passed, and no response has been filed. The motion is therefore deemed unopposed.

IT THEREFORE HEREBY IS ORDERED,

1. Plaintiff's motion to amend, filing no. 18, is granted and the amended complaint shall be filed forthwith.

2. Plaintiff's unopposed voluntary dismissal of defendant Servicemaster, filing no. 19, is granted and Servicemaster is dismissed without prejudice.

DATED this 24th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge