```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRENDA HRDLICKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3012 |
| | ) | |
| v. | ) | |
| | ) | |
| MERRY MAIDS LIMITED PARTNERSHIP, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed motion to extend deadline, filing no. 24, is granted and the deadline for filing the parties' Rule 26 planning report is extended to April 13, 2009.

DATED this 26th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge