IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRENDA HRDLICKA,                       )
                                       )
                Plaintiff,             )              4:09CV3012
                                       )
        v.                             )
                                       )
MERRY MAIDS LIMITED                    )              ORDER
PARTNERSHIP,                           )
                                       )
                Defendant.             )
_____   )


        IT IS ORDERED:

        The joint motion of counsel, filing no. 27, is granted and

the deadline for filing the parties' Rule 26 planning report is

extended to April 21, 2009.

        DATED this 15th day of April, 2009.

                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge