IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA HRDLICKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3012 |
| | ) | |
| v. | ) | |
| | ) | |
| MERRY MAIDS LIMITED PARTNERSHIP, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the motion to withdraw filed by Carrie Eaker Kerley, one of the attorneys representing the defendant, (filing no. 38), is granted.

    DATED this 15th day of July, 2009.

                                                                       BY THE COURT:

                                                                         *s/Richard G. Kopf*
                                                                         United States District Judge