IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDA HRDLICKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3012 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MERRY MAIDS LIMITED PARTNERSHIP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The plaintiff has moved the Court "for order limiting the time of the Plaintiff's deposition by the Defendant and/or granting leave to utilize an alternative method of taking the Plaintiff's deposition and for leave for Plaintiff's counsel to take Plaintiff's trial deposition within the next 45 days." Filing No. 52. The motion does not state whether the parties' counsel conferred before the motion was filed and upon reading the motion, it appears the parties may be able to resolve the discovery issues raised without court intervention. However, those issues must be promptly addressed.

Accordingly,

IT IS ORDERED:

1) On or before January 5, 2010, the parties shall confer and endeavor in good faith to resolve the plaintiff's motion without further court intervention.

2) If an agreement is reached on all or part of the issues raised in plaintiff's motion, on or before January 12, 2010, the plaintiff shall file a statement which either states the motion is resolved in its entirety, or identifies the resolved and unresolved issues.

3) If the parties are unable to resolve all or part of the issues raised, the defendant shall file its response to plaintiff's motion on or before January 12, 2010. No reply brief shall be filed absent leave of the court for good cause shown.

December 28, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge